1

2

3

4

5

6

7                                  UNITED STATES DISTRICT COURT

8                                EASTERN DISTRICT OF CALIFORNIA

9

10   AMERICAN TRUTZSCHLER,                      CASE NO. CV-F-07-0478 LJO WMW
     INC., a.k.a. AMERICAN
11   TRUTZSCHLER,
                                                **ORDER RE DISPOSITIVE DOCUMENTS**
12                  Plaintiff,                   **AFTER NOTICE OF SETTLEMENT**

13         vs.

14   CHAMLIAN ENTERPRISES,
     INC.,

15

16                  Defendant.
     _____/

17         The parties have informed the Court that the above-captioned case has settled. **In accordance**

18   **with the provisions of Local Rule 16-160, the Court now orders that dispositive documents be**

19   **submitted no later than October 15, 2007.**

20         **All court dates** and any pending motions set in this matter, including the September 5, 2007

21   scheduling conference, are **VACATED**.

22         Failure to comply with this order may be grounds for the imposition of sanctions on any and all

23   counsel or parties who contributed to the violation of this order (see Local Rule 16-160 and Local Rule

24   16-272).

25   IT IS SO ORDERED.

26   **Dated:    August 29, 2007**                  _____/s/ Lawrence J. O'Neill_____
                                                    UNITED STATES DISTRICT JUDGE

27

28