UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN TRUTZSCHLER, INC., | **1:07-cv-00478-LJO-GSA** |
| Plaintiff, | **ORDER TO SHOW CAUSE RE NON-COMPLIANCE WITH LOCAL RULE 83-180 RE ADMISSION TO PRACTICE BEFORE THE EASTERN DISTRICT OF CALIFORNIA** |
| vs. | |
| CHAMLIAN ENTERPRISES, INC., | |
| Defendant. | |

TO:   Kenneth Todd Lautenschlager

This case was transferred to this court from the District of North Carolina on March 27, 2007. Pursuant to Local Rule 83-180, all attorneys appearing in the Eastern District of California must be admitted to practice or admitted to appear pro hac vice. You were given written notice on March 28, 2007, directing you to submit a petition for admission to appear pro hac vice before this court. To date, you have failed to do so.

YOU ARE ORDERED TO SHOW CAUSE by affidavit or certificate why sanctions should not be imposed for your failure to comply with the local rules of court. Such affidavits or certificates are to be filed within 11 days of service of this order. Failure to submit the required affidavits or certificates will result in contempt procedures.

IT IS SO ORDERED.

**Dated:   October 18, 2007**        /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE