1  DARRYL J. HOROWITT   #100898
   COLEMAN & HOROWITT, LLP
2  Attorneys at Law
   499 West Shaw, Suite 116
3  Fresno, California 93704
   Telephone: (559) 248-4820
4  Facsimile: (559) 248-4830

5  Attorneys for Defendant,
   CHAMLIAN ENTERPRISES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN TRUTZSCHLER, INC., | Case No. 1:07-CV-00478-LJO GSA |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |
| CHAMLIAN ENTERPRISES, INC., | |
| Defendant. | |

Plaintiff, AMERICAN TRUTZSCHLER, INC., and defendant, CHAMLAIN ENTERPRISES, INC., by and through their respective attorneys of record, hereby stipulate and agree that pursuant to a settlement entered into between the parties, which has been completed, this matter shall be dismissed, with prejudice.

Dated: November 1, 2007          JOHNSTON, ALLISON & HORD, P.A.


                                  By:___/s/_____
                                       KENNY LAUTENSCHLAGER
                                       Attorneys for Plaintiff
                                       AMERICAN TRUTZSCHLER, INC.

///

///

///

1

| | |
|---|---|
| Dated: November 1, 2007 | COLEMAN & HOROWITT, LLP |

By:    /s/
     DARRYL J. HOROWITT
     Attorneys for Defendant,
     CHAMLIAN ENTERPRISES, INC.

## ORDER

The parties having so stipulated and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-captioned matter shall be dismissed, WITH PREJUDICE. The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:    November 2, 2007**        /s/ Lawrence J. O'Neill
                                                       UNITED STATES DISTRICT JUDGE